UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| E.L.K., by and through his Parent and Natural Guardian, E.K., <br><br> Plaintiffs, <br><br> v. <br><br> Minneapolis Public Schools, Special School District No. 1, <br><br> Defendant. | Civil File No. 14-cv-4273 (MJD/JSM) <br><br><br> **DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND MOTION TO DENY PLAINTIFFS' PETITION FOR ATTORNEY FEES AND COSTS** |

TO: Above-named Plaintiffs, care of their attorney, Margaret O'Sullivan Kane, Kane Education Law, 420 Summit Ave, Suite 306, Saint Paul, Minnesota 55102.

**PLEASE TAKE NOTICE** that Defendant, by and through undersigned counsel, moves the Court for an Order for Judgment on the Administrative Record and an Order denying Plaintiffs' Petition for Attorney Fees and Costs pursuant to Minnesota Rule of Civil Procedure 56. The motion is based on the administrative record in this case as well as the Memorandum of Law and Proposed Order served and filed herewith.

                                                          Respectfully submitted,

                                                          **BOOTH LAW GROUP LLC**

Dated: July 1, 2015                             __*s/Roseann T. Schreifels*_____
                                                          Roseann T. Schreifels, #0257278
                                                          Laura Tubbs Booth, #186910
                                                          10520 Wayzata Blvd, Suite 200
                                                          Minnetonka, MN 55305
                                                          (763) 253-4155
                                                          rschreifels@boothlawgroup.com
                                                          lbooth@boothlawgroup.com
                                                          ***Attorneys for Defendant Special School***
                                                          ***District No. 1, Minneapolis Public Schools***